UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JASON SETH PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00133-JPH-DLP |
| | ) | |
| JERRY SNYDER Unit Team Manager, | ) | |
| RICHARD BROWN Warden, | ) | |
| BRENDA HINTON, | ) | |
| I. RANDOLPH, | ) | |
| BREANNA TRIMBLE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING STIPULATION OF DISMISSAL**

Defendants have filed a joint stipulation of dismissal pursuant to the parties' settlement agreement. Dkt. 80. For the reasons in the stipulation, dkt. 80, and in the previous order regarding the settlement agreement, dkt. 79, dismissal on the terms in the stipulation is proper under Federal Rule of Civil Procedure 41(a)(2). *See Doe v. Ind. Univ. Bd. of Trustees*, No. 1:19-cv-2204-JMS-DML, 2020 WL 5106564 at *9 (S.D. Ind. Aug. 31, 2020). The stipulation of dismissal is **GRANTED**, dkt. [80], and this matter is dismissed with prejudice.

**SO ORDERED.**

Date: 9/8/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

2

Distribution:

JASON SETH PERRY
138925
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only

Zachary Robert Griffin
INDIANA ATTORNEY GENERAL
zachary.griffin@atg.in.gov

Brandon Alan Skates
INDIANA ATTORNEY GENERAL
brandon.skates@atg.in.gov